UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STANLEY KELIIHOLOKAI,<br><br>　　　　　Defendant. | CR. NO. 20-00084 LEK |

**ORDER CORRECTING DEFENDANT'S
<u>AMENDED PRESENTENCE INVESTIGATION REPORT</u>**

On April 26, 2022, Defendant Stanley Keliiholokai ("Keliiholokai"), proceeding *pro se*, filed his motion seeking to have his presentence report modified to reflect: that he was previously convicted of negligent homicide in the first degree, not manslaughter; and that he is a high school graduate. <u>See</u> Motion to Request Modification of Sentencing Report, filed 4/26/22 (dkt. no. 84) ("Motion").[1]  On July 8, 2022, this Court issued an order granting the Motion in part and denying it in part ("7/8 Order").  [Dkt. no. 89.]  Keliiholokai's Motion was denied in part because this matter is on appeal, and therefore this Court did not have jurisdiction to issue an order granting the relief he sought.  The Motion was granted in part, to the

---

[1] Keliiholokai filed his reply in support of the Motion, with the assistance of his attorney.  <u>See</u> Reply to Government's Response to Motion to Request Modification of Sentencing Report, filed 5/25/22 (dkt. no. 87).

extent that this Court indicated it would grant the relief he sought, if the matter was remanded for the limited purpose of making the corrections.  [7/8 Order at 6.]

Keliiholokai filed a motion with the Ninth Circuit Court of Appeals ("Ninth Circuit") seeking a limited remand in light of this Court's 7/8 Order.  The Ninth Circuit granted his motion.  See Ninth Circuit Order, filed /8/23/22 (dkt. no. 91). Thus, the instant case is now before this Court for the limited purpose of "conduct[ing] proceedings consistent with its indicative ruling related to [Keliiholokai]'s motion for modification of the presentence investigation report."  [Id.]

For the reasons set forth in the 7/8 Order, this Court directs the United States Probation and Pretrial Services Office ("Probation Office") to make the following corrections to Keliiholokai's Amended Presentence Investigation Report ("Amended PSR"), [filed under seal 2/4/22 (dkt. no. 66)]:

-in paragraph 40, the reference to "Manslaughter" shall be corrected to refer to "Negligent Homicide in the First Degree";

-on page 25, the reference to "Manslaughter" shall be corrected to refer to "Negligent Homicide in the First Degree"; and

-in paragraph 66, the statement "The defendant reported that in 2004, he received his high school diploma from Keaau High School, Keaau, Hawaii (pending verification)." shall be corrected to state "The defendant received his high school diploma from Keaau High School, Keaau, Hawaii in 2004."

The Probation Office is also directed to make any other corrections to the Amended PSR that are necessary to make the specific corrections identified in this Order.

The Probation Office shall file the corrected version of the Amended PSR by **September 8, 2022.**  If any party objects to the corrections made by the Probation Office, that party shall file a statement of the objection(s) by **September 15, 2022.**  If no objection is filed, the proceeding on the limited remand shall be deemed concluded, as of **September 16, 2022.**

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, August 25, 2022.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**USA V. STANLEY KELIIHOLOKAI; CR 20-00084 LEK; ORDER CORRECTING DEFENDANT'S AMENDED PRESENTENCE INVESTIGATION REPORT**